ARTURO J. GONZÁLEZ (CA SBN 121490)
WILLIAM F. TARANTINO (CA SBN 215343)
ALEXANDRIA A. AMEZCUA (CA SBN 247507)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ERIN M. BOSMAN (CA SBN 204987)
JAE HONG LEE (CA SBN 242203)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant
IOVATE HEALTH SCIENCES U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN L. STAMMER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IOVATE HEALTH SCIENCES U.S.A., INC.<br><br>　　　　　Defendants. | Case No. 3:11-cv-03144-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Notice of Removal Filed: June 24, 2011 |

Pursuant to Local Rule 6-1(a), Defendant Iovate Health Sciences U.S.A., Inc. ("Defendant") and Plaintiff Erin Stammer ("Plaintiff") hereby stipulate to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint, removed to this Court on June 24, 2011, by sixty (60) days. This extension will not alter any dates or deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines. Pursuant to Local Rule 6-1(a), no order on this stipulation is required.

1  IT IS STIPULATED AND AGREED that Defendant's time to move, answer, or
2  otherwise respond to Plaintiff's Complaint is hereby extended to August 30, 2011.

Dated: July 5, 2011

ARTURO J. GONZÁLEZ
WILLIAM F. TARANTINO
ALEXANDRIA A. AMEZCUA
MORRISON & FOERSTER LLP

By: /s/ William F. Tarantino
    WILLIAM F. TARANTINO

Attorneys for Defendant
IOVATE HEALTH SCIENCES
U.S.A., INC.

PETER BUMERTS
LAW OFFICE OF PETER BUMERTS

By: _____
    PETER BUMERTS
    LAW OFFICE OF PETER BUMERTS
    3510 Unocal Place, Suite 200
    Santa Rosa, CA 95403

Attorney for Plaintiff
ERIN L. STAMMER

Dated: 7/6/11

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof I served a copy of:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

on the following documents using the CM / ECF system which will send notification of such filing to the parties denoted on the Electronic Mail Notice List, and I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed to the non-CM/ECF participants indicated on the Manual Notice List, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 5th day of July, 2011.

MORRISON & FOERSTER LLP

By:     /s/ William F. Tarantino
       WILLIAM F. TARANTINO

Attorneys for Defendants
IOVATE HEALTH SCIENCES U.S.A., INC.

CERTIFICATE OF SERVICE         1
sd-561664